**FILED**

01/22/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0707



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 24-0707

ANTONIO D. KOURES,

      Plaintiff and Appellant,

v.

DIRK A. WILLIAMS,

      Defendant and Appellee.

**GRANT OF MOTION
FOR
EXTENSION OF TIME**

Motion for extension of time to file Appellant's Opening Brief in this matter is **GRANTED.** The Appellant is granted an extension until February 21, 2025, within which to prepare, file and serve the Appellant's Opening Brief.

      DATED: January 22, 2025

BOWEN GREENWOOD
Clerk of the Supreme Court